Jennifer M. Horowitz (JH-3173)
Victoria M. Sloan (VS-6262)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
212-351-4500
Attorneys for Defendant
Aetna Life Insurance Company



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
ALAN M. ENGLER, M.D.
(Sahley Rivers)

                Plaintiff,

    – against –

AETNA HEALTH & LIFE INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------- x

Civ. _____

**RULE 7.1(a) STATEMENT**

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Aetna Life Insurance Company, incorrectly named by plaintiff as "Aetna Health & Life Insurance Company," by its attorneys Epstein Becker & Green, P.C., certifies that it is a Connecticut corporation that is wholly-owned by Aetna Inc., a publicly-traded Pennsylvania corporation.

Dated: New York, New York
       January 25, 2008

                      EPSTEIN BECKER & GREEN, P.C.

                      By: _____
                          Jennifer M. Horowitz (JH-3173)
                          Victoria M. Sloan (VS-6262)
                      250 Park Avenue
                      New York, New York 10177-0077
                      (212) 351-4500
                      Attorneys for Defendant Aetna
                      Life Insurance Company

NY:192028.1