Jennifer M. Horowitz (JH3173)
Victoria Sloan, Esq. (VS6262)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendant
AETNA HEALTH & LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALAN M. ENGLER, M.D.
(Sahley Rivers),

                     Plaintiff,            08 CV 0911(HB)

             - against -

AETNA HEALTH & LIFE INSURANCE COMPANY,

                     Defendant.
------------------------------------------------------------x

## DECLARATION OF FILING OF NOTICE OF REMOVAL IN CIVIL COURT AND OF SERVICE ON COUNSEL FOR PLAINTIFF

I, Victoria Sloan declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am associated with the law firm of Epstein Becker & Green, P.C., attorney for defendant Aetna Life Insurance Company, named incorrectly by plaintiff as "Aetna Health & Life Insurance Company."

2. Plaintiff Alan M. Engler, M.D. filed this action against defendant in the Civil Court of the City of New York, County of New York on or about December 26, 2007. Plaintiff thereafter mailed a Summons and Endorsed Complaint through regular mail, which defendant received on January 4, 2008. Defendant filed a Notice of Removal with this Court on January 25, 2008.

NY:2414208v1

3. On January 29, 2008, I caused plaintiff's counsel to be served with a copy of the Notice of Removal, together with copies of the Summons and Endorsed Complaint by regular mail to the offices of Robert Santucci, Esq. of Santucci & Associates, 110 Wall Street, 11th Floor, New York, New York 10005, attorneys for plaintiff.

4. On January 29, 2008, our office filed a copy of the Notice of Removal, together with copies of the Summons and Endorsed Complaint in this action, with the Clerk of the Court, Civil Court of the City of New York, County of New York, by delivering same to the Clerk's office at the Civil Court of the City of New York, County of New York.

Dated: New York, New York
      February 14, 2008

EPSTEIN BECKER & GREEN, P.C.

By: _____
Jennifer M. Horowitz (JH3173)
Victoria Sloan (VS6262)
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
Attorneys for Defendant