UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT JUDGE
S.D.N.Y.

---------------------------------- x

ALAN M. ENGLER, M.D.,
(Sahley Rivers)

              Plaintiff,

- against -

AETNA HEALTH AND LIFE INSURANCE
COMPANY,

              Defendant.

---------------------------------- x

Case No. 08-cv-0911 (HB)

STIPULATION OF
SETTLEMENT

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

IT IS HEREBY STIPULATED AND AGREED that the above action has been settled and shall be dismissed with prejudice as follows: Aetna Life Insurance Company ("ALIC") will pay Alan M. Engler, M.D. $5,300.00 as full and final settlement of this action.

Dated: New York, New York
       July 28, 2008

By: _____
   Robert Santucci, Esq.
   Santucci & Associates
   Attorneys for Plaintiff
   110 Wall Street, 11th Floor
   New York, New York 10005-3817

By: _____
   Victoria M. Sloan
   Epstein Becker & Green, P.C.
   Attorneys for Defendant Aetna
   250 Park Avenue
   New York, New York 10177

SO ORDERED:

The Clerk of The Court is instructed to close this case and remove it from my docket.

_____ 8/13/08
Hon. Harold Baer, Jr.
United States District Judge